UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMPLETE SOLAR, INC., <br> Plaintiff, <br> vs. <br> BRIGHT PLANET SOLAR, INC., <br> Defendant. | Case No: C 18-00938 SBA <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER VENUE** <br><br> Dkt. 15 |

The parties are presently before the Court on Defendant Bright Planet Solar, Inc.'s Motion to Transfer Venue to District of Utah. Upon meeting and conferring with Defendant, Plaintiff has agreed not to oppose the transfer and has filed a statement of non-opposition. Good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's motion to transfer is GRANTED. Pursuant to 28 U.S.C. § 1404(a), the instant action shall be transferred to the United States District Court for the District of Utah.

IT IS SO ORDERED.

Dated: 05/17/18

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge